IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00296-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL TOWNSEND JONES,

     Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

     This matter is before the Court *sua sponte*.  It is ORDERED that the sentencing hearing currently scheduled for January 17, 2006 at 8:30 a.m. is RESET to January 17, 2006 at **10:30 a.m.**

     DATED: January 11, 2006

                       BY THE COURT:

                       *s/ Phillip S. Figa*

                       _____

                       Phillip S. Figa
                       United States District Judge