UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. MICHAEL TOWNSEND JONES          Docket Number: 05-cr-00296-PSF-01

**Petition on Probation and Supervised Release**

COMES NOW, Lynn J. Matesi, probation officer of the Court, presenting an official report upon the conduct and attitude of Michael Townsend Jones, who was placed on supervision by the Honorable Phillip S. Figa, sitting in the Court at Denver, Colorado, on the 17th day of January, 2006, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants including controlled substances during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER a modification of the defendant's conditions of supervised release to include the following:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

2. The defendant shall remain compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his/her prescribed medications is maintained.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 24th day of March, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Lynn J. Matesi |
| | Lynn J. Matesi<br>U.S. Probation Officer |
| *s/John L. Kane* | Place: Colorado Springs, Colorado |
| John L. Kane, Senior Judge<br>United States District Court | Date: March 12, 2008 |

# ATTACHMENT

On October 15, 2007, the conditions of supervised release were read and explained to the defendant. On that date he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on October 12, 2007.

On March 11, 2008 , the defendant and his attorney executed a form entitled "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervised release. AUSA Judith A. Smith has been consulted and has no objection to the proposed modification.

On February 12, 2008, I notified the Court of the defendant's recent DUI (refusal) arrest and his alleged behavior during the incident. I also noted that I would be pursuing a modification for mental health conditions as both myself and his therapist had some concerns about the defendant's behavior. On February 22, 2008, I met with the defendant and discussed some of my concerns and the benefits of adding the mental health conditions. The defendant admitted that he often feels anxious and often feels, "on edge." He advised he felt that a mental health evaluation may be beneficial.

Based on the aforementioned, it is recommended that the defendant's conditions be modified to include mental health conditions. I will continue to monitor the status of his pending court case and notify the Court if the defendant pleads guilty or is sentenced.